# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED KARCHER, INC., | CASE NO. CV-F-05-00103 OWW LJO |
| Plaintiff, | **ORDER VACATING HEARING** |
| vs. | |
| JONATHAN P. WALLERS, et al., | |
| Defendants. | |

By notice filed on May 24, 2005 and errata filed July 1, 2005, defendant Erasmo Martinez seeks to transfer venue of this action to the Central District, Riverside Division. The Court finds the motion appropriate for disposition without oral argument. Pursuant to Local Rule 78-230(h), this matter is submitted on the pleadings without oral argument. Therefore, the hearing set for July 15, 2005 is VACATED. The Court will rule on the motion at a later date.

**IT IS SO ORDERED.**

**Dated:   July 12, 2005**            /s/ Lawrence J. O'Neill
**b9ed48**                            **UNITED STATES MAGISTRATE JUDGE**

1