1  Gregory G. Iskander (SB# 200215)
   DUANE MORRIS LLP
2  One Market Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: (415) 957-3000
   Facsimile:  (415) 957-3001
4
   Attorneys for Plaintiff
5  ALFRED KARCHER, INC.

6

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10                  (FRESNO DIVISION)

11

12  **ALFRED KARCHER, INC.,**              Case No. 1:05-CV-00103-OWW-LJO

13           **Plaintiff,**
                                            **ORDER RE**
14  **v.**                                  **REQUEST FOR DISMISSAL OF**
                                            **DEFENDANTS ERASMO MARTINEZ**
15  **JONATHAN P. WALLERS, GILBERT**        **AND EDUARDO MARTINEZ aka**
    **FERNANDEZ, JOHN EVANSKI, JOHN**       **EDUARDO CHAVEZ**
16  **EVANSKI, INC., dba WESTERN MFG.**
    **CORP., ERASMO MARTINEZ, and**
17  **EDUARDO MARTINEZ aka EDUARDO**        **[F.R.C.P. 41(b)]**
    **CHAVEZ,**
18
             **Defendants.**
19

20

21

22

23

24

25

26

27

28

---

ORDER RE REQUEST FOR DISMISSAL OF DEFENDANTS ERASMO MARTINEZ AND EDUARDO MARTINEZ
aka EDUARDO CHAVEZ                                1
DM1\655034.1

PDF created with pdfFactory trial version www.pdffactory.com

**<u>ORDER</u>**

Upon consideration of Plaintiff's Request for Dismissal, and for GOOD CAUSE thereon,

IT IS HEREBY ORDERED THAT:

Defendants Erasmo Martinez and Eduardo Martinez aka Eduardo Chavez are herby

DISMISSED WITHOUT PREJUDICE.

SO ORDERED this _29th__ day of _June___, 2006

__/s/ OLIVER W. WANGER_____

United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com

*Alfred Karcher, Inc. v. Jonathan P. Wallers*
*United States District Court*
*Eastern District of California*
*Fresno Division*
*Docket No. 1:05-CV-00103-OWW-LJO*

## PROOF OF SERVICE

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit.  My business address is Duane Morris LLP, One Market Plaza, Spear Tower, Suite 2000, San Francisco, California 94105.  On the date listed below, I served the following document(s):

### REQUEST FOR DISMISSAL OF DEFENDANTS ERASMO MARTINEZ AND EDUARDO MARTINEZ aka EDUARDO CHAVEZ;  [PROPOSED] ORDER

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  According to that practice, items are deposited with the United States mail on that same day with postage thereon fully prepaid.  I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in the affidavit.

Richard Gaxiola, Esq.
Palacios & Associates
8554 Nuevo Ave
Fontana, CA 92335

☐  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, deposited with Federal Express Corporation on the same date set out below in the ordinary course of business; to the person at the address set forth below, I caused to be served a true copy of the attached document(s).

☐  by causing personal delivery of the document(s) listed above to the person at the address set forth below.

☐  by personally delivering the document(s) listed above to the person at the address set forth below.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: June __, 2006                    ___/s/ Lea Chase_____
                                        Lea Chase

ORDER RE REQUEST FOR DISMISSAL OF DEFENDANTS ERASMO MARTINEZ AND EDUARDO MARTINEZ
aka EDUARDO CHAVEZ                              2
DM1\655034.1

PDF created with pdfFactory trial version www.pdffactory.com