UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED KARCHER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 1:05-cv-00103 OWW LJO |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHAN P. WALLERS, | ) | ORDER DISMISSING ACTION |
| et al., | ) | WITHOUT PREJUDICE |
| | ) | |
| Defendant | ) | |

Pursuant to the notice of voluntary dismissal submitted by the plaintiff as to defendants GILBERT FERNANDEZ, JOHN EVANSKI, JOHN EVANSKI, INC., dba WESTERN MFG. CORP., these parties are ordered dismissed.

It further appearing that all other defendants having previously been dismissed, this matter is ordered closed.

IT IS SO ORDERED.

**Dated:   July 3, 2006**              /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE

1